**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **KIM ENGINEERING, INC.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 52-1835947 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6100 Chevy Chase Drive, Ste 105**<br>**Laurel, MD 20707**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Prince Georges**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.KimEngineering.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **KIM ENGINEERING, INC.**
_____   Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __5413__

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District _____ | | When _____ | | Case number _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor  **KIM ENGINEERING, INC.**                                    Case number (*if known*)  _____
        _____
        Name

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in this district?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)

  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
                                  Number, Street, City, State & ZIP Code

  **Is the property insured?**

  - ☐ No
  - ☐ Yes.   Insurance agency  _____
            Contact name      _____
            Phone             _____

---

■  **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **KIM ENGINEERING, INC.**                                    Case number (*if known*) _____
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 15, 2025**
              MM / DD / YYYY

**X** **/s/ Myunsun Sunny Kim** _____        **Myunsun Sunny Kim** _____
Signature of authorized representative of debtor          Printed name

Title   **President** _____

**18. Signature of attorney**

**X** **/s/ Weon G. Kim** _____        Date   **July 15, 2025** _____
Signature of attorney for debtor                        MM / DD / YYYY

**Weon G. Kim 19029 Weon Geun Kim**
Printed name

**Weon G. Kim Law Office**
Firm name

**8200 Greensboro Dr.**
**Suite 900**
**Mc Lean, VA 22102**
Number, Street, City, State & ZIP Code

Contact phone   **(571) 278-3728**        Email address   **jkkchadol99@gmail.com**

**19029 MD**
Bar number and State

1390 Piccard Drive LLC
c/oMagruder Cook Koutsouftikis & Palanz
1889 Preston White Drive
Suite 200
Reston, VA 20191


AASHTO 2
P.O. Box 711013
Philadelphia, PA 19171-1013


Accurate Infrastructure Data, Inc
1123 Hanzlik Avenue
Baltimore, MD 21237


ACEC/MW
43330 Junction Plaza
Suite 164
Ashburn, VA 20147


Actalent, Inc.
3689 Collection Center Drive
Chicago, IL 60693-0036


Addison, Kristen M
17 Al Hannah Cir.
Pikesville, MD 21208


Aimic, Inc.
4229 Lafayette Centre Dr.
Ste 1125A
Chantilly, VA 20151


Ainoo, Benjamin K
6301 Cheswold Pl
Lanham, MD 20706


Alberca, Erickson
105 S. Summit Ave
Gaithersburg, MD 20877

Ally Financial
PO Box 380901
Minneapolis, MN 55438


AMA Analytical Services, Inc
4475 Forbes Blvd.
Lanham, MD 20706


Amador, Alan A
2 Kyle Creek Court
Perry Hall, MD 21128


Ameer, Khawaja G
9482 Fens Hollow
Laurel, MD 20723


American Council of Engineering Companie
2408 Peppermill Dr.
Suite F
Glen Burnie, MD 21061


Argueta, Felix A
11910 Elm Shade Court
Clarksburg, MD 20871


Ascentium Capital LLC
23970 Highway 59 North
Kingwood, TX 77339-1535


Ashageria, Derese K.
7804 Kennewick Ave.
Apt. #202
Takoma Park, MD 20912


ASTM INTERNATIONAL
P.O Box 45758
Baltimore, MD 21297-5758

Atsibha, Zerabruk
1703 East-West Hwy
Silver Spring, MD 20910


Beshire, Kemal A
4613 Adrian St.
Rockville, MD 20853


Bhusal, Kamal
7125 Rolling Bend Rd.
Apt# E
Windsor Mill, MD 21244


Bodmer, Ryan M
6616 Pepin Dr
Upper Marlboro, MD 20772


Bogie, Zane P
3325 Orlando Ave
Baltimore, MD 21234


Bowman, Ulysses
2748 Lorring Dr
Apt 204
District Heights, MD 20747


Brown, Jonathan Q
1154 Patuxent Greens Dr
Laurel, MD 20708


Brown, Keith
815 11th Street, NE
Washington, DC 20002


Carpenter, Karen V
4991 Linganore View Drive
Monrovia, MD 21770

CECA, LLC
10003 Derekwood Lane
Suite 204
Lanham, MD 20706


Channel Partners Equipment Finance
10900 Wayzata Blvd
Suite 300
Hopkins, MN 55305


Chase Auto
700 Kansas Lane
LA4-7200
Monroe, LA 71203-4774


City of Baltimore
P.O. Box 17535
Baltimore, MD 21297-1535


COGC
8609 2nd Ave.
SUITE #304B
Silver Spring, MD 20910


Comcast
676 Island Pond Rd
Manchester, NH 03109


Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street
Suite 230


Concrete Masonry & Hardscapes Associatio
13750 Sunrise Valley Dr.
Herndon, VA 20171

Cooper, James F
909 Maiden Choice Ln
Baltimore, MD 21229


Crescent Solution, Inc.
1007 N Orange St.
4th Floor, Ste 1476
Wilmington, DE 19801


Critical Tool
97400 Eagle Way
Chicago, IL 60678-9740


Cushman & Wakefield
1800 Tysons Blvd
Suite 200
Mc Lean, VA 22102


CyberCoders
101 Progress
Suite 100
Irvine, CA 92618


Davron, LLC
8429 Land O Lakes Boulevard
Land O Lakes, FL 34638


DC Treasurer
Office of Tax and Revenue
P.O. Box 96169
Washington, DC 20090-6169


Drillers Service, LLC
 PO Box 403538
Atlanta, GA 30384-3538

EBA Engineering
6100 Chevy Chase Dr.
Suite 200
Laurel, MD 20707-2917


Elliott, Sidney A
40 S Carrollton Ave.
Baltimore, MD 21223


First Unum Life Insurance Company
PO Box 406927
Atlanta, GA 30384-6927


FIRST-CITIZENS BANK & TRUST CO
ATTN: Tanya Fenderson-Baker
21146 NETWORK PLACE
Chicago, IL 60673-1211


Ford Credit
The Corporation Trust Company
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801


Ford Credit
P.O. Box 35910
Cleveland, OH 44135-0910


Forward Financing LLC
53 State St
Fl 20
Boston, MA 02109-3204


Fox Business Funding
803 S 21st Ave
Hollywood, FL 33020

Francois, Michelle C
1913 Treetop Lane
Apt 21
Silver Spring, MD 20904


Fritz, Brandon J
11424 Rokeby Ave
Kensington, MD 20895


Fuji Funding LLC
1950 Swarthmore Ave
Unit 2
Lakewood, NJ 08701


Futures Consulting LLC
5201 West Kennedy Blvd.
Suite 525
Tampa, FL 33609


Garrett, Zaire
6601 Melville Road
Suite #555
Hyattsville, MD 20782


Geocomp Corporation
125 Nagog Park
Acton, MA 01720


Ghebreigziabiher, Berhane Teklemichael
8010 Blair Mill Way
Silver Spring, MD 20910


Good Deeds Abstracting and Recording LLC
6 Allison Way
Elkton, MD 21921

GPAC, LLP
5900 S Doral Avenue
Suite 103
Sioux Falls, SD 57108


Gravina, Marco A
4305 Viridian Ter
Monrovia, MD 21770


Gudeta, Firaol H.
13205 Copland Court
Silver Spring, MD 20904


Hamedi, Ardeshir
1897 Oracle Way
Apt 706
Reston, VA 20190


Hillis-Carnes Engineering Associates,Inc
10975 Guilford Road
Suite A
Annapolis Junction, MD 20701


Hogentogler & Co., Inc.
P.O.Box 2219
Columbia, MD 21045


Hole Products
9 Astro Place
Unit #3
Rockaway, NJ 07866


Holland, Paul E
9042 Allenwood Road
Randallstown, MD 21133


Honza Group Inc
9662 Golden Rod Path
Columbia, MD 21046

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


James River Insurance Company
Attn:Accounts Receivable Dept.
P. O. Box 27648
Richmond, VA 23261


Jawara, Fara
522 Victorianna Drive
Capitol Heights, MD 20743


Jay Kay Testing
Attn: Shawn Tyler
5233 Lehman Road
Suite 110
Spring Grove, PA 17362


Jay, Rick L
1211 N. Main Street
Apt#407
Hampstead, MD 21074


Jung, Jae hoon
8620 Walter Martz Rd.
Frederick, MD 21702


Kamino Four, LLC
Attn: Gil Weinbaum
10801 Lockwood Drive
Suite 370
Silver Spring, MD 20901


KeyNetGPS, Inc.
1670 East Race Street
Allentown, PA 18109

Khalid, Mohammad
3701 S George Mason Dr
Unit 2301N
Falls Church, VA 22041


Khvan, Alexey
12004 Amber Ridge Cir
Germantown, MD 20876


Kiem, Paul J.
7802 Guildberry Ct.
#304
Gaithersburg, MD 20879


Kim, Joshua N
14329 Cartwright Way
North Potomac, MD 20878


Kim, Katherine M
12408 Carriage Park Pl.
Clarksburg, MD 20871


Kim, Ming J
14329 Cartwright Way
North Potomac, MD 20878


Kim, Mitchell W
18407 Crestmount Rd
Boyds, MD 20841


Kim, Myunsun
14329 Cartwright Way N. Potomac, MD 2087
North Potomac, MD 20878


Kimes, Richard W.
119 Lucca Lane
Apt. 324
Abingdon, MD 21009

Kinman, David D
7705 Pheasant Ridge Drive
Mount Airy, MD 21771


Kwun, Suhyeon
11100 Byrd Dr.
Fairfax, VA 22030


Law Office of Gerald W. Kelly
10320 Little Patuxent Pkwy.
Suite 608
Columbia, MD 21044


Le, Tony T.
8804 Manchester Rd.
Apt 4
Silver Spring, MD 20901


LEO, LUIS A
3713 Munsey St
Silver Spring, MD 20906


Liberty Personal Services, Inc.
410 Feheley Drive
King of Prussia, PA 19406


Maryland Department of Labor
ATTN: Legal Services and Collection
100 South Charles Street
Tower 1, Suite 3100
Baltimore, MD 21201


Maryland Spectral Services
1500 Caton Center Dr., Suite G
Halethorpe, MD 21227

Maryland Transportation Builders & Mater
2408 Peppermill Drive
Suite F
Glen Burnie, MD 21061


MBIA
11825 West Market Place
Fulton, MD 20759


Mckenzie Snyder, Inc.
PO Box 733
Purcellville, VA 20134


MDA Drilling Inc.
521 Twin Brook Ln
Joppa, MD 21085


Meyer Consulting Engineers Corp.
451 Hungerford Drive
Suite 600
Rockville, MD 20850


Michael Barlow Well Driling Service. Inc
522 Underwood Lane
Bel Air, MD 21014


MICROBAC LABORATORIES INC
PO BOX 3510
Pittsburgh, PA 15230-3510


Mims, James M.
3310 Alto Road
Baltimore, MD 21216


Moody, Linda A
13716 Village Mill Dr.
Maugansville, MD 21767

MRMCA
P.O. Box 617
Frederick, MD 21705


MWMCA
2001 W. Cold Spring Lane
Suite 118
Baltimore, MD 21209


N & N Drilling Supply Mfr
P.O. Box 95
Peckville, PA 18452


Namaga, Samuel M
14229 Georgia Ave
Apt# 202
Silver Spring, MD 20906


National Drilling Association
3053 Nationwide Parkway
Brunswick, OH 44212


National Ready Mixed Concrete Associatio
P.O Box 79433
Baltimore, MD 21279-0433


Navitas Credit Corpration
ATTN : Teresa Sutherland
201 Executive Center Drive
Suite 100
Columbia, SC 29210


NDE Consultation Services, Inc.
P.O. Box 495
Finksburg, MD 21048


Near Shore Engineering, LLC
117 Kuethe Drive
Annapolis, MD 21403

Nguyengia, Baohanh T.
3204 Paul Drive
Silver Spring, MD 20902


NIC Maryland
 P.O. Box 417439
Boston, MA 02241-7439


NMP Engineering Consultants, Inc.
Executive Plaza I
11350 McCormick Road
Suite 600
Hunt Valley, MD 21031


NVBIA
3684 Centerview Drive
Suite 110-B
Chantilly, VA 20151


Obioha, Emeka G
2312 Parkside Drive
Bowie, MD 20721


Occupational Health Centers of the SW PA
PO Box 18277
Baltimore, MD 21227-0277


OVERTON FUNDING LLC
2802 N 29th Ave
Hollywood, FL 33020


Pak, Matthew S
10841 Tuckahoe Way
North Potomac, MD 20878


Park, Jonathan J
1402 Timberwolf Drive
Frederick, MD 21703

Park, Joo Yeon
4957 Webbed Foot Way
#51
Ellicott City, MD 21043


Pens.com
P.O. Box 847203
Dallas, TX 75284-7203


PEOPLEREADY INC
P.O. BOX 820145
Philadelphia, PA 19182-0145


Peoples, Jamel H
28 Amicus St
Taneytown, MD 21787


Peregrine Computer Consultants Corp
8519 General Way
Manassas, VA 20111-2431


Phaidon International UK LTD
21 Lombard Street
London  EC3V 9AH
UNITED KINGDOM


Phase Separation Science, Inc.
6630 Baltimore National Pike
Catonsville, MD 21228


PNC Bank
Cleveland Garnishments
4100 W.150th St.
B7-YB17-01B
Cleveland, OH 44135


Rashid, Adel A
12 Garnet Ave.
Catonsville, MD 21228

Rierson, Kenny
102 3rd Ave SE
Glen Burnie, MD 21061


Roberts Oxygen Company, Inc.
P.O. Box 5507
Rockville, MD 20855


Safi, Mohammad Zalmai
6257 64th Ave.
Apt 3
Riverdale, MD 20737


Sailo, Andrew S
112 E Clement Street
Baltimore, MD 21230


Sheehan, Isaac T
102 Meadow Fields Ct
Colfax, NC 27235


Shipley, Melissa L.
1716 Wickes Ave.
Baltimore, MD 21230


Sigicom Inc.
2636 Midpoint Drive
Suite B
Fort Collins, CO 80525


Singh, Rabindra P
2 East Bend Court
Apt. E
Windsor Mill, MD 21244


Sirleaf, Varmuyan
1 Polaris Ct.
Baltimore, MD 21234

Small, Nathan J
2076 Tango Loop
Unit 2
Chula Vista, CA 91915


Smith, Wesley D
3803 Bussard Rd.
Middletown, MD 21769


Society of American Military Engineers
PO Box 360795
Pittsburgh, PA 15251-6795


Specialized Engineering
4845 International Blvd
Suite 104
Frederick, MD 21703


Spectrum Building Envelope Consulting, L
P.O. Box 702
Haymarket, VA 20168-0702


SQ ADVANCE
7901 4th St N
Ste 300
Saint Petersburg, FL 33702


Square
1455 Market Street
Suite 600
San Francisco, CA 94103


St. John Properties, Inc.
P.O. Box 62771
Baltimore, MD 21264-2771


St. Johns Properties
2560 Lord Baltimore Drive
Baltimore, MD 21244

Stambaugh Ness
220 St Charles Way
Suite 150
York, PA 17402


Stanikzai, Abdul Nasir
9308 Cherry Hill Rd.
Apt 606
College Park, MD 20740


Sufizada, Abdul Satar
9308 Cherry Hill Rd.
APT 410
College Park, MD 20740


Taylor, Mykwell D
4131 Norfolk Ave
Apt. 1
Baltimore, MD 21216


Tebikachew, Warkaferahu
814 Thayer Ave
Apt 303
Silver Spring, MD 20903


Testing Technologies, Inc.
1241 Featherstone Road
Woodbridge, VA 22191


The Building Congress & Exchange
6030 Marshalee Drive
Box 208
Elkridge, MD 21075


The Maryland Asphalt Association, Inc
2408 Peppermill Dr
# G
Glen Burnie, MD 21061

Thomas, Charles L
3303 Sollers Point Rd.
Dundalk, MD 21222


Toyota Financial Services
PO Box 22171
Tempe, AZ 85285


Troxler, Timothy P
30 Upper Rock Circle
Apt 428
Rockville, MD 20850


United First, LLC
2999 NE 191st Street
Unit 901
Miami, FL 33180


United States Calibration, Inc.
3808 County Line Road
Cochranton, PA 16314


US Printing and Copying Inc.
1725 M Street, N.W.
Washington, DC 20036


Valinejad, Mohammad
6095 Majors Ln
#8
Columbia, MD 21045


Velocity Capital Group LLC
333 Pearsall Avenue
Cedarhurst, NY 11516


Virginia Department of Taxation
Bankruptcy
PO BOX 2156
Richmond, VA 23218-2156

WACEL
7508 Wisconsin Avenue
4th Floor
Bethesda, MD 20814


Walker III, Franklin
8915 Stable Forest Place
Bristow, VA 20136


Walker, Edward W
15108 Athey Road
Burtonsville, MD 20866


Wallace, Nathan M
1025 Kevin Rd.
Baltimore, MD 21229


Washington Building Congress
1100 Vermont Avenue, NW
Suite 700
Washington, DC 20005-6327


Water Environment Federation
601 Wythe St
Alexandria, VA 22314


WayPoint Analytical
7621 Whitepine Road
Richmond, VA 23237


Williams Jr., Raymon
2530 Virginia Ave.
Baltimore, MD 21227


Winebrenner, John W
1261 Willow Rd
Baltimore, MD 21222

Woche, Albert J
13411 Idlewild Dr.
Bowie, MD 20715


Worku, Nebiyat A
221 Stonegate Drive
Silver Spring, MD 20905


WPC Management, LLC
4719 Hampden Lane
Suite 300
Bethesda, MD 20814


Yarzadeh, Mohammad Younes
13504 Champions Way
Germantown, MD 20874

# United States Bankruptcy Court
### District of Maryland

In re    **KIM ENGINEERING, INC.**

Debtor(s)

Case No.

Chapter    **11**


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **KIM ENGINEERING, INC.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


■ None [*Check if applicable*]


**July 15, 2025**

Date

**/s/ Weon G. Kim**

**Weon G. Kim 19029 Weon Geun Kim**

Signature of Attorney or Litigant

Counsel for    **KIM ENGINEERING, INC.**

**Weon G. Kim Law Office**
**8200 Greensboro Dr.**
**Suite 900**
**Mc Lean, VA 22102**
**(571) 278-3728 Fax:(703) 288-4003**
**jkkchadol99@gmail.com**